IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIM GEIS, an individual; SHERRY
SWIGART, an individual; and
JULIE JOHNSON, an individual,

    Case No. 3:23-cv-01328-YY

  Plaintiffs,

    ORDER

  v.

COLUMBIA SPORTSWEAR CO., and
DOES 1 through 50, INCLUSIVE,

  Defendants.

**BAGGIO, District Judge:**

Magistrate Judge Youlee Yim You issued a Findings and Recommendation on July 6,

2026, in which she recommends that this Court grant Defendant Columbia Sportswear

Company's Second Motion for Summary Judgment as to Plaintiffs' disparate treatment claims.

F&R, ECF No. 49. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and

Federal Rule of Civil Procedure 72(b).

1 – ORDER

Plaintiffs filed timely objections to the Magistrate Judge's Findings and Recommendation. Pls.' Obj., ECF No. 51. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiffs' objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [49]. Therefore, Defendant Columbia Sportswear Company's Second Motion for Summary Judgment [46] is GRANTED.

IT IS SO ORDERED.

DATED this 6th day of August, 2026.

_____
AMY M. BAGGIO
United States District Judge

2 – ORDER